IN RE: Stuckey, Ralph; — Plaintiffs); Applying for Supervisory and/or Remedial Writ; to the Court of Appeal, First Circuit, Number CA97 2362; Parish of East Baton Rouge 19th Judicial District Court Div. “D” Number 436,276.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; see also State ex rel Stuckey v. State, 96-1793 (La.8/27/97), 699 So.2d 392; cf. La.C.Cr.P. art. 930.4(D).
CALOGERO, C.J. not on panel.